IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CODY KING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE No. 1:21-cv-04688-VMC |
| RAUNAK ENTERPRISES INC, and ) | |
| ROSE SERVICES, INC, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Cody King and Defendants Raunak Enterprises Inc and Rose Services Inc, by and through the undersigned counsel of record, hereby stipulate and agree that the instant matter be dismissed with prejudice, without an award of fees or costs to either party.

Dated: June 27, 2022.

Respectfully submitted,

/s/Craig J. Ehrlich
Craig J. Ehrlich
Georgia Bar No. 242240
The Law Office of Craig J. Ehrlich, LLC
1123 Zonolite Road, N.E., Suite 7-B
Atlanta, Georgia 30306
Tel: (404) 365-4460

Fax: (855) 415-2480
craig@ehrlichlawoffice.com

/s/K. Prabhaker Reddy
K. Prabhaker Reddy
Georgia Bar No. 597320
The Reddy Law Firm, P.C.
1325 Satellite Boulevard, N.W., Suite 1506
Suwanee, Georgia 30024
Tel: (678) 629-3246
kpr@reddylaw.net

## CERTIFICATE OF SERVICE

I certify that on June 27, 2022, I filed the within and foregoing Stipulation of Dismissal with Prejudice using the CM/ECF System for the federal District Court for the Northern District of Georgia, resulting in a true and correct copy of the same to be delivered via electronic mail to the following counsel of record:

K.P. Reddy, Esq.
The Reddy Law Firm, P.C.
1325 Satellite Boulevard, N.W., Suite 1506
Suwanee, Georgia 30024
kpr@reddylaw.net

/s/Craig J. Ehrlich
Craig J. Ehrlich

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

/s/Craig J. Ehrlich
Craig J. Ehrlich